[939 NE2d 140, 913 NYS2d 123]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DWIGHT ASHE, Respondent.

Decided November 23, 2010

### APPEARANCES OF COUNSEL

*Cyrus R. Vance, Jr., District Attorney*, New York City (*David M. Cohn* of counsel), for appellant.

*Legal Aid Society, Criminal Appeals Bureau*, New York City (*Jonathan Garelick* and *Steven Banks* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed (*see People v Zanghi*, 79 NY2d 815 [1991]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.